IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-125-AP

DIANE WHATLEY,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

<u>For Plaintiff:</u>

Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

<u>For Defendant:</u>
Bonnie Sims, Esq.
Special Assistant U.S. Attorney

*Mailing address:*
1961 Stout St., #1001A
Denver, CO 80294

*Street address:*
1225 - 17th St., #700
Denver, CO 80202
Tele: 303-454-0100
Fax: 303-454-0407

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

 **A. Date Complaint was filed:** January 17, 2007

 **B. Date Complaint was served on U.S. Attorney's office:** January 25, 2007

 **C. Date Answer and Administrative Record were filed:** April 19, 2007.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

 The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

 The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

 There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

 There are no other matters to bring to the Court's attention.

**8. PROPOSED BRIEFING SCHEDULE**

 **A.** **Plaintiff's Opening Brief due:** June 20, 2007

 **B.** **Defendant's Response Brief due:** July 20, 2007

 **C.** **Plaintiff's Reply Brief (if any) due:** August 3, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

 **A.** **Plaintiff's statement**:

Plaintiff does not request oral argument.

**B.    Defendant's statement**

Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A.    (  )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

**B.    ( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED this 8th day of May, 2007.

BY THE COURT

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

/s Ann J. Atkinson
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
Email: AtkinsonAJ@aol.com

UNITED STATES ATTORNEY
s/ Bonnie Sims
By: Bonnie Sims, Esq.
Special Assistant U.S. Attorney
1961 Stout Street, #1001
Denver, CO 80294
Tele: 303-844-5459
Fax: 303-844-0770
Email: bonnie.sims@ssa.gov