IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-125-AP**

**DIANE WHATLEY,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  The parties' Stipulated Motion to Amend the Record and Revise Briefing Schedule (doc. #14), filed June 21, 2007, is GRANTED.  It is

  ORDERED that the Defendant shall file the transcript from the July 8, 2003 Administrative Law Judge hearing on or before the date his Response Brief is due (July 20, 2007), that the Plaintiff is allowed to address any issues raised by that transcript in her Reply Brief (August 3, 2007), and the Defendant is allowed 15 days from the date the Reply Brief is filed to file a Supplemental Response Brief (due August 18, 2007) to respond to any new issues raised by the Plaintiff in her Reply Brief.

  Dated this 26th day of June, 2007.

            BY THE COURT:

            *S/John L. Kane*
            Senior Judge, United States District Court