IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00125-AP

DIANE WHATLEY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER APPROVING STIPULATION TO AN AWARD OF
ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

The Unopposed Motion (doc. #26) for Order to Approve Stipulation to an Award of Attorney Fees under the Equal Access to Justice Act, ("EAJA"), 28 U.S.C. §2412(d) dated September 28, 2007, is GRANTED. It is

ORDERED that the stipulation for attorney fees under the EAJA is approved, and Defendant is ordered to pay the amount of **$3,400.09** to Ann J. Atkinson, the attorney for the Plaintiff herein as and for attorneys' fees under the EAJA.

DATED this 1st day of October, 2007.

                                          BY THE COURT:

                                          ***S/John L. Kane***
                                          JOHN L. KANE, Judge
                                          U.S. District Court, District of Colorado